[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IC

LARRY OTIS JACKSON JR TRUST,

)
)
Plaintiff )
)
v. )
CROSS RIVER BANK, Sunlight Financial, )
BB+C Solar Enterprise )
)
Defendant )

**United States District Court**
**Northern District of Illinois**

24cv4346
Judge Rowland
Magistrate Judge Cole
Randomly Assigned CAT 2

**COMPLAINT**

( See Attachments )

FILED

MAY 28 2024 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LARRY OTIS JACKSON JR TRUST the COPYHOLD TRUSTEE/Estate/Bailor also under any and all derivatives and variation in the spelling thereof, with the exception of "Larry-Otis:Jackson Jr", with ALL property Lawfully part of the TRUST held as a foreign Trust Estate 28 U.S.C. 1603(b)(3); 8 U.S.C. 1101(a)(14); 26 U.S.C. 7701(a)(31).

(1.)The "Plainttiff", "LARRY OTIS JACKSON JR TRUST", by way and through its "SECURED PARTY/TRUSTEE", "Larry-Otis:Jackson Jr." is a FINANCIAL INSTITUTION through The Department of Treasury: third party agent "INTERNAL REVENUE SERVICE".

(2.) The "Defendant" CROSS RIVER BANK and Agent(s) continue to seek payment from the Plaintiff/Secured Party for credit(s) service through the Defendant as the third party. Secured Party/Trustee has made contact with the Defendant to notify them of the "TRUST" staking claim of DEBT/CREDIT of aforesaid Account/property. Secured Party/Trustee never recieved funds from BB&C SOLAR ENTERPRISE which agent "William Brown still holds in there possession unlawfully.

(3.) Defendant's knowledge of the continued unlawful use of the Monetization by way of: Harassment through phone call(s) by agent(s), Payment slip(s), and damaging of Plaintiff/Secured Party comsumer Credit report, which is unlawful. Defendant continue to "PROFIT" off Plaintiff/Secured Party, Name and Credit.

(4.) SECURED PARTY/TRUSTEE is requesting for the settle/closure of the Account No. 829697000: in the amount of $58,000.00 and any interest. SECURED PARTY/TRUSTEE has CLAIMED aforesaid Account/property under 11 U.S.C 101(5) an ALL accounts are to be transferred to SECURED PARTY/TRUSTEE sole control,without prejudice, for cause.

(5.) Secured Party/Trustee also request for the TITLE/DEED which Plaintiff should have recieved upon completion of this Transaction. Secured Party/Trustee request for the return of ALL past payment(s) posted to this Account, Document(s), Statement(s) and ANY Paperwork related to the Trade and Commerce of aforesaid Account. If request not granted SECURED PARTY/TRUSTEE will be prepared to file a Commercial/Tort Lien(s) against Defendant for: unlawfully holding TRUST Asset(s) stopping commerce, and stopping "TRUST" business. Upon violation(s) to (TRUST), Secured Party/Trustee will be suing the Defendant in the amount of $3,500,000 with $100,000 per day after Levy/Lien is filed, until Secured Party is paid and/or fully satisfied. ( See attachments Exhibit C and D)

(6.) Exhibit A, attachments shows Secured Party/Trustee has provided Defendant with an Official IRS Acceptance of the 1099-A tax form, which a copy has been sent to Defendant by mail from IRS for there records. Secured Party/Trustee has submitted similar Document(s) via Certified mail, Email(s), and made contact by phone with Agent(s) to confirm recieved paperwork but could not process it. Document showing the completed process of Payer: " LARRY OTIS JACKSON JR TRUST" Financial Institution has performed a transaction to Defendant Financial Institution which was Accepted by CROSS RIVER BANK."

(1)

(7.) Exhibit B, attachments shows (TRUST) Documents stating Secured Party/Trustee has Authority over ALL account(s) relating to (TRUST).

(8.) Exhibit C, attachments shows the Common Law Copyright Notice. Defendant has failed to adhere to Secured Party/ Trustee request for the removal of information and discontinuation of use of all information held in copyright that contains copyrighted material(s) from ALL Databases, Publications, chronicles, manifestos, and/or record(s) of any type. Secured Party/Trustee will be seeking damages for Unauthorized use of Copyright for the Asset/Property in the sum $500,000 per occurrence for: Violation of Unauthorized use of Copyright trade-name/trademark, plus Triple Damage(s). Plaintiff suing for $1,500,000 total for Unauthorized use of Copyright.(See attachments)

(9.) Exhibit D, attachments shows the Legal Notice of Demand. This is a contract that states who is in control of ALL Asset(s)real property, and ALL account(s) related to Plaintiff. Defendant has failed to release the property ( Certifcate of Title/Deed)belonging to Plaintiff. Billing cost assessed with Levies and Lien upon violation(s) shall be for: Defendant(ALLY FINANCIAL) is unlawfully holding Asset/Property belonging to Plaintiff. $2,000,000 per occurrence, and $100,000 per day until property (Certifcate of Title/Deed) is mailed to Secured Party/Trustee. (See attachments)

(10.) Igorance of the Law is No Excuse: I Larry-Otis:Jackson Jr, Secured Party/Trustee am the principal, and you are the agent Failure to adhere to you oath(s) lest you be called to answer before GOD and Supreme Court of Exclusive and Original Jurisdiction, which is the court of First and Last resort, not excluding my "Good Faith Oxford Doctrine" by my Conclusive Honorable "Bill of Rights."

Wherefore, Plaintiff/Secured Party, LARRY OTIS JACKSON JR TRUST prays for judgement against Defendant CROSS RIVER BANK, SUNLIGHT FINANCIAL, BB&C SOLAR ENTERPRISE: in the sum of $3,500,000 in the amount together.

**RESPECTFULLY**

May 28, 2024

Larry-Otis:Jackson Jr/ EXECUTOR-TRUSTEE
C/O 25706 W LILAC AVE
MONEE, ILLINOIS [60449]
TELEPHONE: 708-964-8023
EMIAL: Larryjrjackson956@gmail.com

BY: Larry-Otis:Jackson jr.

OCCUPANT OF EXECUTOR OFFICE OF
LARRY OTIS JACKSON JR TRUST

Notary

LATANIA JOHNSON
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 21, 2027

(2)



BY: _Larry-Otis Jackson Jr_

**OCCUPANT OF EXECUTOR OFFICE OF**
**LARRY OTIS JACKSON JR TRUST**

From: **Tax1099 Support** noreply@tax1099.com
Subject: **Tax1099.com Return Accepted**
Date: **Apr 22, 2024 at 10:28:56 AM**
To: **LARRYJRJACKSON956@gmail.com**
Cc: **Tax1099 Support** info@tax1099.com

  

### Accepted by the Internal Revenue Service

Dear larry-otis jackson,

***Congratulations!*** This is the official IRS acceptance of your 1099-A tax return. Below are the details of this filing and acceptance.

You may download 1099-A form anytime from our website, available in PDF format.

Payer Name :LARRY OTIS JACKSON JR TRUST
Tax Year :2023
Form Name :1099-A
Tax1099 Reference Number :208345381

Accepted Recipient Forms:CROSSRIVER BANK

Thank you,
Tax1099.com Support.

You can access your account any time at: http://www.tax1099.com

Please print this email for your future records.

**\*DO NOT REPLY TO THIS E-MAIL MESSAGE\***

Copyright © tax1099.com All Rights Reserved.



(1)

**CORRECTED** (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>LARRY OTIS JACKSON JR TRUST<br>Larry-Otis Jackson Jr<br>PO BOX 168<br>Richton Park IL 60471-9998<br>US - Phone: 7089648023 | | OMB No. 1545-0877<br>Form **1099-A**<br>(Rev. January 2022)<br><br>For calendar year<br>2023 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| **LENDER'S TIN**<br>93-6760817 | **BORROWER'S TIN**<br>XX-XXX2598 | 1 Date of lender's acquisition or knowledge of abandonment<br>01/13/2024 | 2 Balance of principal outstanding<br>$58000.00 | **Copy B**<br>**For Borrower** |
| BORROWER'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code<br>CROSSRIVER BANK<br>SUNLIGHT FINANCIAL<br>PO BOX 91910<br>SIOUX FALLS SD 57109-1910<br>US | | | 4 Fair market value of property<br>$0.00 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported |
| | | 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . ▶ ☐ | | |
| Account number (see instructions)<br>829697000 | | 6 Description of property<br>CONSTRUCTION LOAN | | |

Form **1099-A** (Rev. 1-2022)          www.tax1099.com - IRS Approved e File Provider          www.irs.gov/Form1099A

**Instructions for Borrower**

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences. Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer may have reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned. Box 3. Reserved for future use.

**Box 3.** Reserved for future use.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** SFor the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

9:55

&lt; **Mar 12, 2024**

We found **3 changes** to your TransUnion credit report

**658**
Credit score

**+41 points**
since Mar 10, 2024

# Improved Payment History

### CROSS RIVER BANK C/O SUN account has become Current

Between Jan 31, 2024 and Feb 29, 2024, your CROSS RIVER BANK C/O SUN account status changed from "90 Days Late" to "Current".

Great work! It looks like you got your payments back on track. While you usually can't erase your prior late payments, racking up new on-time payments is a great step forward.

# Balance Increased

### CROSS RIVER BANK C/O SUN account

| Today | Credit | Cards | Loans | Money |
|-------|--------|-------|-------|-------|

(3)



9:40

Feb 3, 2024

**613**
Credit score

**-19 points**
since Jan 31, 2024

## Delinquent Payment

### CROSS RIVER BANK C/O SUN account has become 60 Days Late

Between Nov 30, 2023 and Dec 31, 2023, your CROSS RIVER BANK C/O SUN account status changed from "30 Days Late" to "60 Days Late".

On-time payments are key building blocks for good credit scores. Most accounts require a monthly minimum payment. If you don't pay that amount on time, you could harm your Payment History and your credit score.

## Balance Increased

### CROSS RIVER BANK C/O SUN account balance increased

| Today | Credit | Cards | Loans | Money |
|-------|--------|-------|-------|-------|

(4)

9:37



‹ **Dec 21, 2023**

**618**
Credit score

**-135 points**
since Dec 15, 2023

## Delinquent Payment

**WELLS FARGO BANK NA account has become 30 Days Late** ⌄

**CROSS RIVER BANK C/O SUN account has become 30 Days Late** ⌃

Between Oct 31, 2023 and Nov 30, 2023, your CROSS RIVER BANK C/O SUN account status changed from "Current" to "30 Days Late".

On-time payments are key building blocks for good credit scores. Most accounts require a monthly minimum payment. If you don't pay that amount on time, you could harm your Payment History and your credit score.

## Balance Increased

| **Today** | Credit | Cards | Loans | Money |

( 5 )

BY: *Larry-Otis Jackson Jr*

**OCCUPANT OF EXECUTOR OFFICE OF
LARRY OTIS JACKSON JR TRUST**

2023

# LARRY OTIS
# JACKSON JR TRUST

## DOCUMENTS INCLUDED
ABSTRACT OF TRUST
CERTIFICATION OF TRUST

2713 OXFORD DR, MARKHAM, IL, 60426
larryjrjackson956@gmail.com     (708) 964-8023

Page **1** of 5

# ABSTRACT OF TRUST

## Section I: Trust Information

Trust Information and Dates
    a. The Trust is legally named "LARRY OTIS JACKSON JR Trust"
    b. The trust is Irrevocable
    c. This trust was established May 8, 2023 at:
       2713 OXFORD DR, MARKHAM, IL, 60426.
    d. This trust has not been amended.
    e. The EIN of this trust is 93-6760817

## Section II: Trustee Information

Current Acting Trustee(s)
    a. Larry-Otis: Jackson Jr, TTEE
    b. Zederick D Jackson Sr, TTEE

The Trust requires unanimous consent among the Trustee(s) to establish an account with respect to Trust assets, but only one trustee is required to be an authorized account manager. There are currently no Successor Trustees.

## Section III: Beneficiary Information

The Certificate Holders are:
    a. Alexanderea E Jackson

# CERTIFICATION OF TRUST

This Certification of Trust was created May 8, 2023. The Trust has been legally created as an Irrevocable Trust. All rights and title to the assets and income of this Trust is vested solely in the Board of Trustees.

We Larry-Otis: Jackson Jr, TTEE and Zederick D Jackson Sr, TTEE certify that we are the trustees of a trust entitled LARRY OTIS JACKSON JR TRUST, created by Declaration of Trust dated May 8, 2023.

We the undersigned, as the current acting Trustees declare and certify to this financial institution:

1. We declare that I have full authority under the above referenced Trust to sign on behalf of the Trust and to open and close accounts, perform deposits, withdraw, and transfer funds on behalf of the Trust.

2. We declare that I have full authority under the above referenced trust to open, enter and remove contents and close safe deposit boxes and open or close accounts.

3. Without limiting the foregoing specifically, we have the authority to open accounts, perform deposits, and withdraw funds, transfer funds, and close accounts at the aforesaid bank.

4. The Trustee will not direct aforesaid bank to take any action unless the Trustee has the power to act and such powers are properly exercised.

5. Pursuant to the terms of the Trust, the Trustee has the power to contract for banking and other financial services and to transfer, purchase and/or sell financial assets and investments, including securities.

6. If requested, we will provide Bank with copies of excerpts of the original Trust instrument and amendments designating the Trustee and/or other powers conferred on Trustee in support of a pending transaction under this certification.

7. The trust has not been revoked, modified or amended in any manner which would cause the representations contained in this certification to be incorrect.

8. All information contained in this certification is true and correct, and you (Aforesaid Bank), as a third party conducting business with the Trustee may rely on this information until you receive written notice of any changes signed by the Trustee.

9. The Trustees may sign for an Electronic Debit Card and/or Credit Card.

10. In addition to the above powers, the Trustee has the following authorities:
    a. The authority to grant power of attorney.
    b. The authority to encumber trust property.
    c. The authority to authorize borrowing on behalf of the trust.
    d. The authority to appoint a general manager as signer on trust accounts.

11. We agree to defend, indemnify and hold aforesaid Bank harmless from any and all claims, demands, liabilities, costs or expense, including, but not limited to reasonable attorney's fees which it may suffer or incur by any reason of its reliance upon any statement contained herein.

**Page 3 of 5**

12. This organizational document and all Trust business will be kept private, protected by the privacy act of 1974, Title 5 U.S.C. 552(a), the Fourth and Fifth Amendments of the Constitution for the United States of America, the common law privacy rights available in the United States of America and every other applicable jurisdiction.

We declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct.

Executed this May 8, 2023.
I as the executive trustee certify and verify that this document is true and correct to the best of my knowledge under notary seal:

*Larry-Otis: Jackson Jr.*

Larry-Otis: Jackson Jr, TTEE, Executive Trustee

This document is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1.8:17- 18,"] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

JURAT

County of _Cook_ )
                             ) Scilicet
_Illinois_ State )

SUBSCRIBED AND SWORN TO before me this _7th_ day of _October_ A.D. 20 _23_ .

_Latan J. oh_ Seal
Notary Public Signature

My Commission Expires_ 02- 21 - 2027_

LATANIA JOHNSON
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 21, 2027

/
/
/
/
/
/
/          *This space was intentionally left blank.*
/
/
/
/
/
/

I as the secretarial trustee certify and verify that this document is true and correct to the best of my knowledge under notary seal:

**Zederick D Jackson Sr. TTEE, Secretarial Trustee**

This document is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17- 18."] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

JURAT

County of **Cook** )
) Scilicet
**Illinois** State )

SUBSCRIBED AND SWORN TO before me this **7th** day of **October** A.D. 20 **23**.

_____ Seal
Notary Public Signature

My Commission Expires **02 - 21 - 2027**

LATANIA JOHNSON
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 21, 2027

*This space was intentionally left blank.*

Page 5 of 5

Form **W-8BEN**

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Non-resident for United States Tax Withholding and Reporting (Human)

▶ **For use by humans. Entities must use Form W-8BEN-E.**
▶ **Information about Form W-8BEN and its separate instructions is at** *www.irs.gov/formw8ben.*
▶ **Give this form to the withholding agent or payer. Do not send to the IRS.**

OMB No. 1545-1621

**Do NOT use this form if:** | | **Instead, use Form:**
---|---|---
• You are NOT an individual ("individual" means a "non-resident non-person non-taxpayer" under the I.R.C.) . . . . . . . . . . . | | W-8BEN-E
• You are a statutory U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . | | . W-9
• You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S. (other than personal services) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | . W-8ECI
• You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . . . . . . | | 8233 or W-4
• A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | . W-8IMY

### Part I  Identification of Non-Resident Non-Taxpayer (see instructions)

**1** Name of human applicant

Larry-Otis: Jackson Jr

**2** Country of nationality

American National

**3** Mailing address (Not a domicile or residence. Don't have a domicile or residence) (street, apt. or suite no., or rural route).

C/O 2900 Campbell Street

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| Joliet Illinois Republic [ 60435 ] | united States of America |

**4** Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|

**5** U.S. taxpayer identification number (SSN or ITIN), if required (not required)
NONE (Not required. See 31 CFR 306.10; 31 CFR 103.34(a)(3)(x); W-8BEN Inst. p. 1,2,4,5 (Cat. 25576H); W-8 Supp. Inst. p. 1,2,6 (Cat. 26698G); Pub. 515 Inst. p. 7; Form 1042-s Inst. p. 1,14)

**6** Foreign tax identifying number (see instructions)

**7** Reference number(s) (see instructions)

**8** Date of birth (MM-DD-YYYY) (see instructions)

05/17/1981

### Part II  Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

**9** I certify that the non-resident is a resident of ............................................. within the meaning of the income tax treaty
between the United States and that country.

**10** **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ......................
of the treaty identified on line 9 above to claim a ...................... % rate of withholding on (specify type of income): ...........................
......................................................................................................................... .

Explain the reasons the non-resident meets the terms of the treaty article: ...............................................................

### Part III  Certification

Under penalties of perjury from without the "United States" as defined in 28 U.S.C. §1746(1) and 26 U.S.C. §7701(a)(9) and (a)(10), I declare that I have examined this information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify from without the "United States" that:

• I am the human who is the non-resident (or am authorized to sign for the human that is the non-resident) of all the earnings to which this form relates or am using this form to document myself as a statutory "non-resident non-person" that is an owner or account holder of a financial institution outside the geographical "United States" per I.R.C. 7701(a)(9) and (a)(10),

• The human named on line 1 of this form is not a statutory "U.S. person", "person", or "individual" as defined in 26 U.S.C. §7701(a)(30) or 26 U.S.C. §7701(c), or 26 C.F.R. §1.1441-1(c)(3) respectively, would have to hold a public office to be any of these entities, and does not consensually hold such an office.

• The earnings to which this form relates are:
(a) not effectively connected with the conduct of a "trade or business" (public office per 26 U.S.C. §7701(a)(26)) in the United States (government),
(b) not earned from sources within the geographical "United States" defined in 26 U.S.C. §7701(a)(9) and (a)(10),
(c) not subject to reporting per 26 U.S.C. §6041 because not connected to a statutory "trade or business" (public office)
(d) not subject to withholding because not statutory "income" per 26 U.S.C. §643(b) and earned by a "non-resident non-person non-taxpayer".

• The non-resident named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country, and

• For broker transactions or barter exchanges, the non-resident is either not-subject or statutorily exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the earnings of which I am the non-resident or any withholding agent that can disburse or make payments of the income of which I am the non-resident. **I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.**

**Sign Here**

*Larry-Otis: Jackson Jr.*

Signature of non-resident (or individual authorized to sign for non-resident)

May 8, 2023
Date (MM-DD-YYYY)

Larry-Otis: Jackson Jr

Trustee

Print name of signer

Capacity in which acting (if form is not signed by non-resident)

**For Paperwork Reduction Act Notice, see separate instructions.**  Cat. No. 25047Z  Form **W-8BEN** (Rev. 2-2014)

# W8BEN Affidavit

### (International) Commercial Affidavit

This Affidavit in regards to the W-8BEN on the obverse side is executed as Lawful **\*PUBLIC NOTICE\*** [U.C.C. § 1-201(25)(26)(27)]. The Trustee/Secured Party signatory hereto is executing document under signature; expressly to **\*declare trustees stature as a Non-Resident/Non-Person in regards to U.S. Inc. (Id)"** with no duress, in accord the terms of the aforementioned. Therefore, I, the Trustee/Secured Party duly depose and says without recourse that, the foregoing is true, correct, and certain; and if called as a witness, I am One; who can "Testify" to the facts, evidenced, and subject-matter within Trust Documentation and supporting documents as well as the "W-8BEN" evidence(d) on the obverse side of this page; executed hereunder; and expressly supported by this Affidavit; executed as dated below, nunc pro tunc to 05/17/1999 the date or original creation of trust.

NOTICE TO AGENT IS [imputed] NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS [Imputed] NOTICE TO ALL AGENTS OF THE SUBJECT MATTER HEREIN, and PRESENTED IN GOOD FAITH [UCC. § 1-201(19) UCC § 1-203; UCC § 1-202].

This Affidavit is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17- 18,"] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

*Larry-Otis: Jackson Jr.*

Trustee/Secured Party: Larry-Otis: Jackson Jr
All Rights Reserved, Without Prejudice. [UCC 1-308]

### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature
Address: 25 7Dle WSA Lilac Ave
          Monee IL 60449

Second Witness Signature
Address: 70 S Crystal Ct
          Shorewood IL
          60404

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

| Part I | Identification |
|---|---|

Name of person for whom you are acting (as shown on the tax return)
LARRY OTIS JACKSON JR TRUST©

Identifying number

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)
2713 OXFORD DR

City or town, state, and ZIP code (If a foreign address, see instructions.)
MARKHAM, IL 60426

Fiduciary's name
Janet Yellen, et al D.B.A. SECRETARY OF TREASURY        (UNITED STATES)

Address of fiduciary (number, street, and room or suite no.)
1500 PENNSYLVANIA AVENUE, NORTH WEST

City or town, state, and ZIP code
WASHINGTON. DISTRICT OF COLUMBIA [202201

Telephone number (optional)
( 202 ) 622-2000

### Section A. Authority

1   Authority for fiduciary relationship. Check applicable box:
a   ☐ Court appointment of testate estate (valid will exists)
b   ☐ Court appointment of intestate estate (no valid will exists)
c   ☐ Court appointment as guardian or conservator
d   ☑ Valid trust instrument and amendments
e   ☐ Bankruptcy or assignment for the benefit or creditors
f   ☐ Other. Describe ▶
2a  If box 1a or 1b is checked, enter the date of death ▶
2b  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

### Section B. Nature of Liability and Tax Notices

3   Type of taxes (check all that apply): ☑ Income  ☐ Gift ☐ Estate ☐ Generation-skipping transfer  ☐ Employment
    ☐ Excise  ☐ Other (describe) ▶

4   Federal tax form number (check all that apply): a☐ 706 series  b☐ 709  c☐ 940  d☐ 941, 943, 944
    e☐ 1040, 1040-A, or 1040-EZ  f☑ 1041  g☐ 1120 h☐ Other (list) ▶

5   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . ▶ ☐
    and list the specific years or periods ▶

6   If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
    and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
    form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.     Cat. No. 16375I     Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)                                                                                    Page **2**

| **Part II** | Court and Administrative Proceedings | | | | | |
|---|---|---|---|---|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | | | |
|---|---|---|---|---|---|---|
| Address of court | | | Docket number of proceeding | | | |
| City or town, state, and ZIP code | | Date | Time | | a.m. ☐ p.m. ☐ | Place of other proceedings |

| **Part III** | Signature | | |
|---|---|---|---|

TRUSTEE On behalf of LARRY OTIS JACKSON JR TRUST©

Please
Sign
Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

*Janet Yellen*                         By appointment of:
                                LARRY OTIS JACKSON JR TRUST©                United States Secretary of Treasury

Fiduciary's signature                                           Title, if applicable                                  Date

Form **56** (Rev. 12-2011)

## ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:

**By appointment you Janet Yellen have been chosen to act as fiduciary in re LARRY OTIS JACKSON JR TRUST©. Please see accompanying Minutes of Trust designating your appointment. If this appointment is outside of your abilities/scope, or you do not choose to take the position please simply return all documentation to the trust within 30 days and we will designate a new appointment.**

**Otherwise this document will act as PUBLIC NOTICE** and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting **"lawful"**, open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. .Const. Art. 1:8:17-18, by the real party in interest; Trustee/TRUST & Holder-in-Due-Course **(HDC)** of this and all related documents and instruments.

**TAKE SPECIAL NOTICE** From "Lawful" private Trust jurisdiction ['as defined within, 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14); 28 U.S.C. § 1603(b)(3)"] **That entity and man are** "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF IL, STATE OF TENNESSEE, and the like; and also in regards the UNITED NATIONS, as well as to England & Russia... Intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting: within a State: That Congress cannot create a trade or business, [i.e., "as defined within 26 U.S.C. § 7701(a)(26)."] tax it; [See: inter alia, License Tax Cases, 72 U.S. 462; 18 L.E. 497 (1866); M'Ilvaine v. Coxe's Lessee,8 U.S. 209; 2 L.E. 598 (1808); and Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct 1064 (1886)]. All accounts in relation to 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/112-81-618981 or the like Accounts are accepted with Claim [11 U.S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts both general & special and if not currently held are to be transferred and held in LARRY OTIS JACKSON JR TRUST; as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice, for cause,

*Larry-Otis: Jackson Jr.*

Trustee/Secured Party: Larry-Otis: Jackson Jr
**on behalf of** LARRY OTIS JACKSON JR TRUST©
All Rights Reserved, Without Prejudice. UCC 1-308

## WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature
Address: *25706 Wst Lilac Ave*
*Monee IL 60449*

Second Witness Signature
Address: *703 Crystal Ct*
*Shore wood IL 60404*

**BY:** *Larry-Otis Jackson Jr*

**OCCUPANT OF EXECUTOR OFFICE OF
LARRY OTIS JACKSON JR TRUST**

# COMMON LAW COPYRIGHT NOTICE

copyright © 1999 LARRY OTIS JACKSON JR TRUST.

Notice Provided Under Certified Mail No. 7022 2410 0001 2456 6626

Lawful/Legal Notice provided to:
Cross River Bank c/o Sunlight
P.O. Box 91910
Sioux Falls, SD 57109

This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.

## Copyright Notice: All rights reserved.

Copyright of trade-name/trademark LARRY OTIS JACKSON JR© TRUST including any and all derivatives and variations in the spelling, i.e. NOT limited to all capitalized names: LARRY OTIS JACKSON JR TRUST©. JACKSON JR©, LOJ©, LARRY JACKSON JR©, JACKSON JR LARRY LO©, LO JACKSON JR© or any derivatives thereof are under Copyright 1999. Said common-law trade-name/trademark, LARRY OTIS JACKSON JR© TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee/Trust in writing.

**With the Intent of being Contractually Bound**, any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee/TRUST, as signified in writing with signed consent. Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of LARRY OTIS JACKSON JR©, and **all such unauthorized use is strictly prohibited.**

**By receipt of this notice you are hereby made aware of this copyright if otherwise ignorant of the fact that said copyright is a matter of public record. This is notification that you are in BREACH. You herein have two options for remedy of this breach of copyright:**

1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issue a written apology.; or

2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described:

   a) **Self-executing Contract/Security Agreement in Event of Unauthorized Use**: By this Notice, both the Juristic Person and the agent thereof, hereinafter jointly and severally "User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and LARRY OTIS JACKSON JR TRUST© is Secured Party, and signifies that User:

   b) In accordance with the fees for unauthorized use of Trade-Name/Trademark/Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.

   c) Grants Trustee/TRUST the right to invoice three times at thirty day intervals at which time User consents to the outstanding balance that will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is TRUST and Trustee is Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages;

   d) Consent and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;

   e) Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1999 LARRY OTIS JACKSON JR TRUST.

f) Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth within authorizes without recourse Trustee/Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Larry-Otis: Jackson Jr, Autograph Common Law Copyright 1999. Unauthorized use of "Larry-Otis: Jackson Jr" incurs same unauthorized-use fees as those associated with LARRY OTIS JACKSON JR° TRUST, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone: (708) 964-8023
E-Mail: Larry Jr Jackson 956stansi
Or the address provided on the envelope.

Larry-Otis: Jackson Jr TTEE



Without Prejudice/Without Recourse
On behalf of LARRY OTIS JACKSON JR TRUST°,
Copyright 1999. All Rights Reserved.

### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature
Address: 2713 Oxford dr
Markham, IL 60428

Second Witness Signature
Address: 2713 Oxford Dr
Morkham IL 60428

LATANIA JOHNSON
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 21, 2027



BY:_____*Larry-Otis:Jackson Jr*_____

**OCCUPANT OF EXECUTOR OFFICE OF**
**LARRY OTIS JACKSON JR TRUST**

<div align="center">Space above this line for recording purposes only</div>

# LEGAL NOTICE AND DEMAND

<div align="center">

FIAT JUSTITIA, RUAT COELUM

*(Let right be done, though the heavens should fall)*

</div>



*NON WAR POWERS*
*ACT FLAG*

<div align="center">

**To:** All State, Federal and International Public Officials,
<u>THIS IS A CONTRACT IN ADMIRALTY JURISDICTION</u>
THIS TITLE IS FOR YOUR PROTECTION
**Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent.**

</div>

**Attention:** Any and all Governments, Municipalities, Cities, Townships, Public Officials, Lending Institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and the aforementioned officers, agents, and employees therein: This is a notice of the law as applicable to your corporate and personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being of Larry-Otis: Jackson Jr or the trust in representation thereof. This Contract being of honor is presented under the "**Good Faith (Oxford) Doctrine.**"

For a Collateral list that is subject to this documentation please see both Security Agreement under Item No.: 05171981-LOJ-SA and SCHEDULE A.

Definitions as they apply to this Contract are enclosed in ATTACHMENT "A", and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Undersigned.

**I,** Larry-Otis: Jackson Jr, Trustee/Secured Party/Bailee, hereinafter the Undersigned, state the ensuing being of lawful majority age, clear head, and sound mind. All responses, requests and the like henceforth must be presented in writing, signed under penalty of perjury required by your law as shown in this Legal Demand and Notice (hereinafter "Contract"). The law stated herein is for your clarification, not an agreement/omission/contract/covenant that the Undersigned has entered or agreed to enter into any foreign jurisdiction.

**It has recently come to my attention that the IRS, & the SSA, and the federal courts have willfully been making injurious "presumptions" which prejudice my Constitutional rights by trying to associate me with the "idem sonans", which is the all caps version of my Christian name which is in fact a trust previously associated with a "public office" in the United States government by virtue of the Social Security Number attached to it. Further information is to help clear up any presumptions and set the record straight.**

The undersigned tendering this document is a Trustee/Secured Party/Bailee by fact**; not:**

| | | |
|---|---|---|
| 1) a Strawman Vessel in Commerce, | | 1) the "United States of America", |
| 2) Corporate Fiction, | | 2) the "government of the United States" |
| 3) Legal Entity, | of, for, by, or to | 3) the "State of Illinois", |
| 4) *ens legis*, | | 4) or to "UNITED STATES Corporation", |
| 5) or Transmitting Utility, | | |

also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ILLINOIS", or by whatever name same may currently be known or be hereafter named, and the like.

Further, the undersigned is **not:**

| | | |
|---|---|---|
| **1)** a citizen within; | to the "<u>UNITED STATES CORPORATION</u>" [28 U.S.C. §3002(15)(A)], also known |
| **2)** surety for; | as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by |
| **3)** subject of; | whatever name it may currently be known or be hereafter named, (excluding the |

4) an officer of
5) and does not owe
   a. allegiance,
   b. fealty, bond,
   c. undertaking,
   d. obligation,
   e. duty,
   f. tax,
   g. impost,
   h. or tribute

"united states of America" and the "government of the United States as created in the original "Constitution for the united States of America", circa 1787") or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial STATES contracting therein, including but not limited to the "STATE OF ILLINOIS", or by whatever name it may currently be known or hereafter named (excluding the, "Republic of Illinois"), and the like.

This is now being a matter of public record.

**The Vessel in Commerce** known as LARRY OTIS JACKSON JR© initially created as a trust (also known by identifying numbers 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/112-81-618981) by the Government/Parents for the benefit of the Undersigned, Larry-Otis: Jackson Jr as beneficiary on 05/17/1981. On Monday, May 08, 2023 a waiver of beneficial position was declared to take up the abandoned post of Trustee/Secured Party/Bailee to manage the affairs of LARRY OTIS JACKSON JR TRUST© for the benefit of beneficiaries thereinafter named in REGISTRY OF TRUST for the following reasons:

1) matters are not being handled with efficiency
2) in many respects matters are not being taken care of at all
3) usurpation of funds is occurring
4) there is rampant fraud and deceit
5) position of trustee has been left vacant or uncontested

Private Offset Account established at the United States Department of Treasury through a branch of the Federal Reserve Bank will remain in full effect from the initial date of creation with current office holder of Secretary of Treasury being provided appointment to trust to continue as fiduciary.

Fraud gives the victim of the fraud the right to terminate his relationship to the government:
"Si quis custos fraudem pupillo fecerit, a tutela removendus est. "
If a guardian behaves fraudently to his ward, he shall be removed from the guardianship. Jenk. Cent. 39.
[Bouvier's Maxims of Law, 1856,]

The similarity in the names of the Undersigned and the Vessel in Commerce, two distinct and separate legal entities, is testament to the undeniable propinquity. LARRY OTIS JACKSON JR© TRUST, originally an incorporeal creation of Government/Parents, is dependent upon and only exists because Larry-Otis: Jackson Jr, a Natural Man exists as a living, breathing, flesh and blood sentient being. The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood human, and therefore the creation of a Vessel in Commerce known commonly as LARRY OTIS JACKSON JR TRUST© was highly advantageous to Government to interface with.

Since the birth of the Undersigned, the Government has utilized the credit and future earning potential of the Undersigned, establishing and operating a Private Offset Account through the use of the Vessel in Commerce, LARRY OTIS JACKSON JR© TRUST without the knowledge, consent, or permission of the Undersigned acting to the detriment of the beneficiary Larry-Otis: Jackson Jr, against the basic precepts of a trust. During this time the Undersigned has unknowingly been functioning as the manager of the trust, and signing as an authorized representative for the Vessel in Commerce, by signing bank checks, applications for credit and notes on behalf of the Vessel in Commerce. Now, the Undersigned acts knowingly, not in a beneficial position but as manager/Trustee of the trust. The Undersigned has valid documentation waiving beneficial position for the position of Trustee/Secured Party/Bailee submitted as a matter of public record by which the Undersigned became Trustee/secured party/Bailee to LARRY OTIS JACKSON JR TRUST©, and has full operating authority.

The Undersigned having full control of Trust **revokes all** permissions to the Government and/or any political subdivisions/Organizations to use copyrighted TRUST name LARRY OTIS JACKSON JR© TRUST or trust in any fashion except by explicit written request/order in direction otherwise. Said name belongs to Trust in operation by trustees wherein the government/agencies thereof have no control as Trustee/Secured Party/Bailee having full mental capacity and ability to contract as well as natural right to trust holds a common-law trade-name, trademark, LARRY OTIS JACKSON JR© as authorized representative (Attorney-In-Fact), as well as established validity of the Power of Attorney by continual non-contested use. The Private Offset Account established in the name of TRUST is the property of TRUST as well as any value that has been deposited in Private Offset Account is the property of TRUST, as any such value was created from the credit thereof. Account will remain in effect with appointment of fiduciary by Form 56.

**The Undersigned** now tendering this binding Legal Notice and Demand, having hereinabove declared Trustee/Secured Party's/TRUST's proper Legal Status and relation to the "Republic of Illinois" and to the said de facto compact (Corporate)

commercial STATES, including the "STATE OF IL", or by whatever name it may currently be known or hereafter named, does hereby state that the declarations and statements made herein are the truth, the whole truth and nothing but the truth to the best of Trustee/Secured Party's knowledge. Acknowledged by silence and acquiescence of the IL SECRETARY OF STATE, also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of said office, regarding the Trustee/Secured Party's "NOTICE and DEMAND", is therefore accepted and agreed to be the truth.

With silence of Corporate Office "SECRETARY OF STATE" ratifies severances of any nexus or relationship between Trustee/Secured Party/Trust and the said de facto corporate commercial STATE offices; being fraudulently conveyed, operating under "Color of Authority". Let this be known by the **"Good Faith (Oxford) Doctrine"** to all men and women. The Undersigned nor Trust consent to any warrantless searches, or searches that are not compliant with the "Constitution for the united States of America", all of the Amendments of the Honorable "Bill of Rights", and/or the "Constitution of the State of Illinois", whether the Undersigned or trusts dwellings, cars, land crafts, watercrafts, aircrafts, the Undersigned himself and current location, property, hotel rooms, apartments, business records, business, or machinery, vehicles, equipment, supplies, buildings, grounds, land in private possession or control of the Undersigned or Trust, past, present, and future, now and forevermore, so help me God.

This notice is in the nature of a Miranda Warning *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."* Take due heed of its contents. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), and Federal Rules of Civil Procedure Sections 8-A, and 13-A, the claim or presumption that I, Larry-Otis: Jackson Jr or LARRY OTIS JACKSON JR^C TRUST (simply know herein as Trust) as aforestated am not a citizen within, surety for, subject of, and do not owe allegiance, or fealty as aforestated to the any of the aforementioned or the like, and herein is forever rebutted by this counterclaim in Admiralty.

By this record let it be known that the Undersigned and Trust do not at any time waive any rights, capacities, privileges, immunities, defenses, or protections, as acknowledged by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Illinois", nonetheless, demanding that you protect these as you swore an oath(s) to do so. The Undersigned accepts you're lawfully required "Oath(s) of Office," bonds of any type, insurance policies, CAFR funds, and property of any type for protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violate any of the rights, privileges, immunities, defenses, or protections of the Undersigned or the Trust that he represents, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

**NOTE:** A true and correct copy of this **Statute Staple Securities Instrument** is on file not only with the Secretary of State's office, but also been delivered to several trusted parties apprising them of the Undersigned's policy of presenting this security instrument to each and every public officer who approaches the Undersigned or the Trust violating the Undersigned and/or Trusts unalienable rights including, but not limited to right of liberty and free movement upon any common pathway of travel. The Undersigned has a lawful right to travel, by whatever means, via land, sea or air, without any officer, agent, employee, attorney, or judge, in any manner willfully causing adverse effects or damages upon the Undersigned by an arrest, detainment, restraint, or deprivation. With regard to any encounter or communication with the de facto compact (Corporate) commercial STATES, including the "STATE OF IL", or by whatever name it may currently be known or be hereafter named, the Undersigned will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the deposited copy thereof becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon the Undersigned as caused by your acts under color of law with you, your officers, and employees.

Take note; you are now monetarily liable in your personal and corporate capacity. The Undersigned, notwithstanding anything to the contrary, abides by all laws in accordance with the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Illinois" which are applicable to non-domestic non-assumpsit non-residents on sojourn. The Undersigned wishes no harm to any man or woman. You agree to uphold my "Right to Travel".

BE WARNED, NOTICED, AND ADVISED that in addition to the constitutional limits on governmental authority included in the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Illinois", the Undersigned relies upon the rights and defenses guaranteed under Uniform Commercial Code(s), common equity

law, laws of admiralty, and commercial liens and levies pursuant, but not limited to, Title 42 U.S.C.A.(Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), to which you are bound by office and oath, the "Constitution of the State of Illinois", and ILLINOIS penal codes, in as much as they are in compliance with the "Constitution for the united States of America", Bill of Rights, and/or the "Constitution of the State of ILLINOIS", as applicable. There can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood man or woman who has been injured. When there is no victim, there is no crime committed or law broken.

**Remember in** taking a solemn binding oath(s) to protect and defend the original Constitution for the United States of America circa (1787) and/or the Constitution of the State of Illinois against all enemies, foreign and domestic, that violation(s) of said oath(s) is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. The Undersigned accepts said Oath(s) of Office that you have sworn to uphold.

**This** legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collections Act. These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate The Undersigned's rights or allow violations by others. Your corporate commercial acts against The Undersigned or The Undersigned's own and your failures to act on behalf of same, where an obligation to act or not to act exists, are ultra vires and injurious by willful and gross negligence

**The** liability is upon you, and/or your superior, and upon, including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at The Undersigned's discretion. You are sworn to your Oath(s) of Office, and I accept your Oath(s) of Office and your responsibility to uphold the rights of The Undersigned or The Undersigned's own at all times.

**BILLING COSTS ASSESSED WITH LEVIES AND LIENS AND OR TORT UPON VIOLATIONS SHALL BE:**

**-Unlawful Arrest, Illegal Arrest, Restraint, Distraint, or Trespassing/Trespass**
without a lawful correct and complete 4th amendment warrant: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of Right to Freedom of Speech, Conspiracy, Aid and Abet, Racketeering, and or Abuse of Authority**
as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Assault and Battery with Weapon:**
$3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Unlawful Distraint, Unlawful Detainer, or False Imprisonment:**
$5,000,000.00 (Five Million) US Dollars, per day, per occurrence, per officer, official, agent, or Representative involved, plus 18% annual interest.

**The Placing of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings, accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency:**
$2,000,000.00 (Two Million) US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18 % annual interest upon the Secured Party's declared value of property.

-Assault or Assault and Battery without Weapon; -Unfounded Accusations by officer of the court; -Denial and or Abuse of Due Process; -Obstruction of Justice; Reckless Endangerment, Failure to Identify and/or present credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained; -Counterfeiting Statute Staple Security Instruments; -Unlawful Detention, or Incarceration; -Incarceration for Civil or Criminal Contempt of court without lawful, documented-in-law, and valid reason; -Disrespect by a Judge or Officer of the Court; -Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court; -Coercing or Attempted Coercion of the Trustee/Secured Party/Bailee to take responsibility for the trust against his Will:

$2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property**

including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Secured Party will incur a penalty equal to the total new replacement costs of property, as indicated by Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Secured Party and will be accepted as complete, accurate, and uncontestable by the agency, or Representative thereof that caused such harm or deprivation of rights. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the first day after the occurrence of the incident, as provided by this Contract.

**The Undersigned** does not grant entrance under any circumstances to enter any property at which the undersigned is located, leasing, owns or controls at any time for any reason without the Undersigned's express written permission.

Violation of this Notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator.

All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) US Dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty first (31ˢᵗ) day after Default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par values in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 pure silver coins at the US MINT, or by law, whichever is highest in value at the time of the incident. Any dispute over the par value will be decided by the Undersigned, or The Undersigned's designee.

## CAVEAT

The aforementioned charges are billing costs derived from, but not limited to, Uniform Commercial Codes, the Fair Debt Collection Practices Act and this Contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate the Undersigned/Trust rights, privileges, capacities, and immunities under the "Constitution for the united States of America", the Honorable "Bill of Rights" and/or "Constitution of the State of ILLINOIS", each of which establishes jurisdiction for you in your normal course of business. All violations against the Undersigned/Trust will be assessed per occurrence, and individually and personally; Representative of any branch of government, agency, or group that is involved in any unlawful action against The Undersigned.

By your actions, carried out to The Undersigned/Trust's harm, said actions being *ultra vires* of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your oath(s) of office or of that of your principal you shall lack recourse for all claims of immunity in any forum. Your knowing consent and admission of perpetrating known acts by your continued *ultra vires* enterprise is a violation of The Undersigned/Trust rights, privileges, capacities, and immunities. This **Statute Staple Securities Instrument** exhausts all state maritime Article 1 administrative jurisdictions and protects Article III court remedies, as guaranteed in the Constitution for the united States of America, including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A (including, but not limited to § 242 thereof), and Title 28 U.S.C.A. In short All Rights Reserved.

### IGNORANCE OF THE LAW IS NO EXCUSE

**I, Larry-Otis: Jackson Jr**, Trustee/Secured Party/Bailee am the principal, and you are the agent. Fail not to adhere to your oath(s), lest you be called to answer before one God and one Supreme Court of Exclusive and Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith Oxford Doctrine" by my conclusive Honorable "Bill of Rights."

**This Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct in any manner, but rather to protect guaranteed Rights and Defenses assuring that at no time my Inalienable Rights are ever waived or taken from the undersigned against my will by threats, duress, coercion, fraud, or in any case without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential personal, civil and criminal liability if and when such persons violate The Undersigned/Trust's Unalienable Rights as protected by the original "Constitution for the united States of America" circa (1787), "Bill of Rights" and/or the "Constitution of the State of Illinois." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is The Undersigned's stated standard policy to ALWAYS present this NOTICE to any public or private, officer, official, or agent attempting to violate The Undersigned's rights. It is noted on the record that by implication of said presentment, this notice has been tendered by way of certified mail to SECRETARY OF STATE. Said presentment is prima facie evidence of your receipt and acceptance of this presentment in both your official and personal capacity, jointly and severally for each and all governmental political and corporate bodies. Any other individuals who have been, are, or hereafter are involved in any actions now existing or that may arise in the future against The aforementioned shall only correspond to The Undersigned in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. §1746.

## SUMMATION

**Should** you move against The Undersigned or Trust in defiance of this presentment, there is no immunity from prosecution available to you, or any of your fellow public officers, officials of government or private corporations, judges, magistrates, district attorney, clerks or any other persons who become involved in any actions now existing or that may arise in the future against The Undersigned or Trust by way of aiding and abetting other actors. Take due heed and govern yourself accordingly. Any or all documents tendered to The Undersigned/Trust, lacking bona-fide ink signatures or dates per Title 18 U.S.C.A. § 513-514 are counterfeit security instruments causing you to be liable in your corporate and personal capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Undersigned or Trust, by violating any of the rights, constitutional rights, civil rights, privileges, immunities, or any terms herein, you agree to willingly, with no reservation of rights and defenses, at the written request of the Undersigned/Trust, surrender, including, but not limited to, any and all bonds, public and/or corporate insurance policies; and/or CAFR funds as needed to satisfy any and all claims as filed against you by the Undersigned or Trust. This applies to any and all Representatives, severally and individually of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Illinois", i.e., "Republic of Illinois", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ILLINOIS", or by whatever name same may currently be known or be hereafter named, and the like.

**This** document cannot be retracted by any Representative, excluding the Undersigned on this registered document, for one hundred years from date on this legally binding **Statute Staple Security Instrument**.

**ATTENTION:**
      Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any Representative in any capacity of any agency, government, Corporation, or the like, agree to abide by this Contract anytime you interact with The Undersigned. This document will be on file in the public record. Your Failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that the Undersigned/Trust is a "Corporate Fiction" or "Legal Entity" under the jurisdiction of the "Government of the United States" and/or "UNITED STATES Corporation", and that the Undersigned or trust is under the jurisdiction of the "UNITED STATES Corporation" are now and forever rebutted

**Your** failure to timely make rebuttal so leaves you in the position of accepting full corporate and personal responsibility for any and all liabilities for monetary damages, as indicated herein, that Undersigned or Trust incurs by any adversely affecting injuries caused by your overt, or covert actions, or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein or related thereto in any manner whatsoever. You have Thirty (30) days, from the date of

receipt of these documents by the Secretary of State's office, to respond and rebut the presumptions of any portion or this entire document/Contract, or you stand in total agreement to each and every statement made herein, by submitting to the Undersigned:

1) signed, certified, authenticated documents of the laws that rebut these declarations point by point
2) In written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed.
3) Parties making rebuttals to this agreement must print or type their full name and sign their rebuttal in blue ink.
4) Must be accompanied with a copy of proper identification for the person making the rebuttal, such as a driver license, passport or birth certificate, a copy of the person's badge and/or other identification that signifies the person's official capacity, and provide the following information:
   a. full legal name
   b. address;
   c. name of department, bureau, agency, or Corporation by which the person is employed or acts as a Representative
   d. supervisor's name and mailing address
5) certified copy of oath(s) of office if such is required by law;
6) if a member of the state bar, a certified copy of the person's bar card and license to practice law;
7) if the person is required by law to be bonded
   a. a certified copy of the person's official bond,
   b. name, address, and phone number of the bonding company;
8) if covered by a corporate insurance policy
   a. a certified copy of the insurance policy
   b. the name, address, and phone number of the insurance company
9) if a beneficiary of a CAFR
   a. a certified copy of the CAFR policy
   b. the name, address and phone number of the administrator.
10) This documentation must be provided on and For the Record under penalties of the law including perjury.

**Note: Non-response and not acting on this notice can and most likely will result in the following crimes: 18 U.S.C. 911 impersonating a U.S. citizen, 18 U.S.C. 912, impersonating a public officer. Under 18 U.S.C. 3 and 4, you as the non-responder will be liable for misprision of felony and accessory after the fact in protecting the crimes that would result from inaction on your part. Partial response without rebuttal is agreement. Any points left unrebutted are points in agreement.** Ignorance of the law is no excuse. Therefore, the Constitution places the burden of proof back upon the government, as required by the Administrative Procedures Act, 5 U.S.C. §556(d).

**ALL OTHER CORPORATIONS** not limited to: telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers retailers, and all others, including all persons natural or fictional, including, but not limited to corporations, limited liability companies, limited liability partnerships, limited and general partnerships, trusts, foundations, DBAs, and AKAs are bound by all paragraphs, terms, and conditions herein, regardless of the nature of limited liability corporation(s) or affiliations such as "DBA's," "AKA's," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

**YOU ARE FINALLY NOTICED,** having been given knowledge of the law and your personal financial liability in event of any violations of The Undersigned's rights and/or being. This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith notice and grace regardless of your political affirmations

**Additional Rights and Defenses – Twenty-Five sovereign "People" Magna Carta Grand Jury:** In addition to any other rights or defenses that are afforded to The Undersigned by right and by this Contract, the Undersigned has the right to appeal to a "Twenty Five sovereign "People" Magna Carta Grand Jury" for the restoration of property, liberties, or rights of which The Undersigned has been dispossessed by an "Oppressing Government" or its Representatives. If The Undersigned shall have been dispossessed by the "united States of America", the "government of the United States", the "State of Illinois", or the "UNITED STATES Corporation", or any Representative thereof without a legal verdict of the Undersigned's Peers, of the Undersigned's property, liberties, or rights, even if such taking was by way of lien, levy, attachment, or garnishment, the Oppressing Government entity or Representative thereof shall immediately restore these things to the Undersigned. Should the Oppressing Government or Representative thereof fail to restore the property, liberties, or rights of which the Undersigned has been dispossessed, then the Undersigned may by right bring the matter before four of the sovereign "People" asking for relief from the transgressions of the Oppressing Government or Representative thereof. The four sovereign "People shall petition the Oppressing Government for a redress of grievances, showing to the Oppressing Government its error, and asking the Oppressing Government to cause

that error to be amended without delay. Should the Oppressing Government not amend that error within a term of forty (40) days from the time when the petition for redress of grievances is presented to the Oppressing Government, the four sovereign "People" shall refer the matter to the remainder of the "Twenty Five sovereign "People" Magna Carta Grand Jury" and they shall distrain and oppress the Oppressing Government and its Representative by taking their property and possessions in every way that they can, until amends shall have been made according to their judgment. Any citizen of the united States of America, the United States, or of the several States may swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", and with them any such citizen may take the property and possessions of the Oppressing Government. If any citizens be unwilling to swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall make them to swear by the mandate of the "Twenty Five sovereign "People" Magna Carta Grand Jury". At all times the decision of a majority of the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall be considered binding and valid on the whole. And the aforesaid Twenty Five shall swear that they will faithfully observe all the foregoing, and will cause them to be observed to the extent of their power. The Oppressing Government or representative shall obtain nothing from any one, either through itself or through another, by which the powers of the "Twenty Five sovereign "People" Magna Carta Grand Jury" may be revoked or diminished. And if any such thing shall have been obtained, it shall be vain and invalid, and the offending government or reprehensive shall never make use of it either through itself or through another. The judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", both by rule of law longtime standing and by the terms of this Contract, shall not be overturned by court, as there is no higher court in the realm.

## NOTICE TO CLERK AND RECORDER

**Pursuant** to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT

LS: *Larry-Otis: Jackson Jr.*
Larry-Otis: Jackson Jr.

### WITNESSES

We, the undersigned witnesses, do hereby swear or affirm that it is the stated policy of Larry-Otis: Jackson Jr to present this "LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or Representative of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Illinois", i.e., "Republic of Illinois", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF ILLINOIS", or by whatever name same may currently be known or be hereafter named, and the like, anytime that Secured Party has any interaction with them.

First Witness Signature
Date: *March - 15th - 2024*

Second Witness Signature
Date: *March - 15th - 2024*