# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Larry Otis Jackson Jr Trust

         Plaintiff,

v.                  Case No.: 1:24–cv–04346
                 Honorable Mary M. Rowland

CrossRiver, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 26, 2024:

   MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Plaintiff's voluntary dismissal [20]. The Court dismisses the case without prejudice. All pending motions denied as moot. Each side to bear its own attorney fees and costs. Civil case terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.